569 A.2d 352

COMMONWEALTH of Pennsylvania, Appellant,

v.

**Chester ERB.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1990.

Decided Feb. 6, 1990.

Reargument Denied March 26, 1990.

William H. Ryan, Dist. Atty., Sandra L. Elias, Chief, Law & Appeals Unit, Vram Nedurian, Jr., Asst. Dist. Atty., for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Deborah Fleisher, Philadelphia, Chief, Appeals Div., for amicus—Phila. D.A.

Joseph D. Branca, Aston, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

104

ORDER

PER CURIAM:

The Order of the Superior Court is reversed. 380 Pa.Super. 645, 547 A.2d 436 (1988). We conclude that the trial court did not abuse its discretion in excluding those portions of the victim's diary which were protected by the Rape Shield Law, 18 Pa.C.S. § 3104. *Commonwealth v. Majorana*, 503 Pa. 602, 470 A.2d 80 (1983).